# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORINA H., | : | Case No. 3:21-cv-00131 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. 14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 3, 2022 (Doc. 14) is ADOPTED in full;

2. Plaintiff's Statement of Errors (Doc. 8) is GRANTED;

3. The Court REVERSES the Commissioner's non-disability determination;

4. No finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act;

5. This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry; and

6. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  August 23, 2022                                                 s/Thomas M. Rose
                                                                                                                     Thomas M. Rose
                                                                                                                  United States District Judge